UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CEDAR GROVE CAPITAL, LLC | CIVIL ACTION |
| VERSUS | |
| DONALD "DON" WENNER, ET AL. | NO. 23-01519-BAJ-EWD |

## JUDGMENT

Considering Plaintiff's **Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule 41(a)(1)(A)(i) (Doc. 30)**, which the Court construes as a self-effectuating notice of dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 1st day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA